## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 28, 2023

Ms. Monica Hobson Braun
Stoll Keenon Ogden
300 W. Vine Street
Suite 2100
Lexington, KY 40507

Mr. Russell Homer Davis Jr.
Baird & Baird
P.O. Box 351
Pikeville, KY 41502

Re:  Case No. 23-5770, *City of Pikeville, KY v. Cebridge Acquisition, LLC, et al*
Originating Case No.: 7:22-cv-00064

Dear Counsel,

   This appeal has been docketed as case number **23-5770** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **September 11, 2023**.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:
Appearance of Counsel
Civil Appeal Statement of Parties & Issues
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

|          |                                                          |
|----------|----------------------------------------------------------|
| Appellee: | Appearance of Counsel                                   |
|          | Disclosure of Corporate Affiliations                     |
|          | Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Beverly L. Harris
Case Manager
Direct Dial No. 513-564-7077

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 23-5770

CITY OF PIKEVILLE, KY

    Plaintiff - Appellant

v.

CEBRIDGE ACQUISITION, LLC, dba Suddenlink Communications; CEQUEL III COMMUNICATIONS II, LLC, dba Suddenlink Communications; ALTICE USA

    Defendants - Appellees