## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 12, 2024

**Notice**

Mr. Jonathan F. Mitchell
Mitchell Law
111 Congress Avenue, Suite 400
Austin, TX 78701

Mr. William Byrne Sullivan
1919 M Street, N.W., Suite 800
Washington, DC 20036

Re: No. 23-5770
*City of Pikeville, KY v. Cebridge Acquisition, LLC, et al*

Dear Counsel,

The Court has determined that oral argument is not required. See I.O.P. 34(a)(4). The case noted above is scheduled for submission to the Court on the briefs of the parties and the record on **Thursday, May 2, 2024**. You will be promptly advised of the Court's decision, or any other order or direction it may issue.

Sincerely yours,

s/Karen S. Fultz
Calendar Deputy

cc: Ms. Monica Hobson Braun
    Mr. Russell Homer Davis, Jr.
    Ms. Amy E. Richardson
    Ms. Shannon A. Singleton